**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

LENNIE FULWOOD,

     Plaintiff,

v.                              CASE NO. 4:12cv156-SPM/CAS

CHARLES E. SAMUEL, JR., et al.,

     Defendants.

_____/

**O R D E R**

     THIS CAUSE comes before the court on the magistrate judge's Report and Recommendation dated January 9, 2012.  (Doc. 30).  No objections have been filed. Having considered the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is hereby ORDERED as follows:

     1.     The magistrate judge's Report and Recommendation (doc. 30) is ADOPTED and incorporated by reference in this order.

     2.     Plaintiff's fourth amended complaint (doc. 29) is DISMISSED as to all claims except plaintiff's First Amendment claims against defendants Arnold and Pritt.

     3.     Plaintiff's request for this case to proceed as a class action suit (doc. 29) is DENIED.

     4.     On or before March 15, 2013, plaintiff shall file a fifth amended complaint limited to his First Amendment claims against defendants Arnold and Pritt.

     5.     This case is remanded to the magistrate judge for further proceedings.

     **DONE AND ORDERED** this 19th day of February, 2013.

                       s/ *M. Casey Rodgers*

                       **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**